## UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| In re: BAIR HUGGER FORCED AIR WARMING DEVICES PRODUCTS LIABILITY LITIGATION | * * * * | MDL No. 15-2666 (JNE/DTS) |
| This Document Relates To: | * * | |
| Kenneth Wollam vs. 3M Company, *et al.*, No. 0:17-cv-00039 (JNE/DTS) | * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## SUGGESTION OF DEATH

**PLEASE TAKE NOTICE**, that the Plaintiff in the above-captioned matter, Kenneth Wollam, died on September 11, 2018 in Oak Harbor, Ohio. The cause of death is listed as end stage coronary artery disease. *See* Exhibit "A", Certification of Death, Kenneth Ray Wollam.

Undersigned counsel first became aware of Kenneth Wollam's death on April 9, 2019. Kenneth Wollam resided in a nursing home until his passing, and his son, Stephen Wollam, was identified as the primary family contact for Kenneth Wollam. On April 22, 2019, undersigned counsel learned that Stephen Wollam passed away on March 24, 2019 following an extended illness. It is anticipated that Decedent's daughter, Vicki Forrider, a person entitled to maintain a wrongful death and survival action pursuant to Ohio law, will file a motion pursuant to Fed. R. Civ. P. 25(a)(1) seeking an Order substituting her as party Plaintiff in the above-captioned matter in the place and stead of her late father.

        Respectfully Submitted,

        RAIZNER SLANIA, LLP

        _____
        Jeffrey L. Raizner (TX Bar No. 00784806)
        Amy B. Hargis (TX Bar No. 24078630)
        2402 Dunlavy Street
        Houston, Texas 77006
        Telephone (713) 554-9099
        Facsimile (713) 554-9098
        Email: efile@raiznerlaw.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the above and foregoing pleading has this day been forwarded to all counsel of record to this proceeding by electronic transmission, facsimile and/or by depositing same in the United States Postal Service, properly addressed and postage prepaid, this 26th day of April, 2019.

        _____
        JEFFREY L. RAIZNER